UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SWAMIJI SRI SEL VAM SIDDHAR,
a/k/a ANNAMALAI ANNAMALAI,
a/k/a COMMANDER SELVAM,
    Plaintiff,

v.

YASODHARA SIVANESAN, et al.,
    Defendants.

Case No. 2:13-CV-00747
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

On December 11, 2013, the Magistrate Judge issued a Report and Recommendation resolving a number of pending motions in this case. Doc. 69; *see id.* at 1–2 ( "Those motions not susceptible of resolution by a United States Magistrate Judge in the first instance have been referred to the Magistrate Judge . . . ."). Upon careful review, the Magistrate Judge made five recommendations. *See id.* at 24. The Report and Recommendation advised the parties that a failure to object within fourteen days would result in a waiver of the right to review. *Id.* at 25. The time period for objections has run and no party has objected. Accordingly, the Report and Recommendation is **ADOPTED**. Pursuant to the Report and Recommendation, *see id.* at 24, the result is as follows:

1. Plaintiff's motion to voluntarily dismiss defendants Mary Ann Baker Whitaker, Kitisook Ratna Kepner, Susan Kozar, Ronald Kozar, doc. 25, is **GRANTED**;

2. Plaintiff's motion to voluntary dismiss defendant John K. Limoli, doc. 19, is **GRANTED**;

3. Plaintiff's motion to voluntary dismiss defendant Joyce Durdaller, doc. 64, is **GRANTED**;

4. Ms. Patel's motion to dismiss for lack of personal jurisdiction, doc. 18, is **DENIED**;

1

5. Plaintiff's motions for injunctive relief, docs. 22, 53, are **DENIED**.

**IT IS SO ORDERED.**

1-6-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE