UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SWAMIJI SRI SEL VAM SIDDHAR,
a/k/a ANNAMALAI ANNAMALAI,
a/k/a COMMANDER SELVAM,
    Plaintiff,

v.

YASODHARA SIVANESAN, et al.,
    Defendants.

Case No. 2:13-CV-00747
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

On April 24, 2014, Magistrate Judge Kemp issued a Report and Recommendation (R&R) in this case. Doc. 103. The R&R recommended dismissal of this action without prejudice for failure to effect proper service under Federal Rule of Civil Procedure 4(m); that the motions to dismiss be granted; and that the remaining pending motions be denied as moot. *Id.* at 5. The R&R advised the parties that a failure to object within fourteen days would result in a waiver of the right to review. *Id.* at 5–6. Service of the R&R was acknowledged by Plaintiff's agent on May 8, 2014. The Court finds that, more than five weeks after the R&R was issued and more than twenty days after the record indicates that Plaintiff's agent received the R&R, the time period for objections has run and no party has objected. Accordingly, the R&R is **ADOPTED** with the following results:

1. This action is **DISMISSED** without prejudice for failure to effect proper service under Federal Rule of Civil Procedure 4(m);

2. Consistent with the first ruling, the motions to dismiss are **GRANTED**, docs. 76, 77, 78, and 84;

3. And the remaining pending motions are **DENIED as moot**, docs. 67, 68, 89, 90, 92, 93, and 96.

1

**IT IS SO ORDERED.**

<u>   6-2-2014   </u>
DATE

<u> /s/ </u>
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE