# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**SWAMIJI SRI SEL VAM SIDDHAR,**
**a/k/a ANNAMALAI ANNAMALAI,**
**a/k/a COMMANDER SELVAM,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**YASODHARA SIVANESAN, et al.,**    **CASE NO.  2:13-CV-00747**
                             **JUDGE EDMUND A. SARGUS, JR.**
       **Defendants.**       **MAGISTRATE JUDGE TERENCE P. KEMP**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed June 2, 2014, JUDGMENT is hereby entered DISMISSING this action.**

Date:  June 2, 2014               JOHN P. HEHMAN, CLERK

                           */S/ Andy F. Quisumbing*
                           (By) Andy F. Quisumbing
                            Courtroom Deputy Clerk